1    COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2    Name Smiley          Jeremy

3          (Last)              (First)              (Initial)

4    Prisoner Number CDC# V-12955

5    Institutional Address Salinas Valley State Prison, P.O. Box 1050, Soledad, CA 93960

6

7                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA

8    Jeremy Jerome Smiley

9    (Enter the full name of plaintiff in this action.)

10                        vs.                          Case No. _____
                                                       (To be provided by the Clerk of Court)
11   K. Durham
                                                       COMPLAINT UNDER THE
12   J. Sullivan                                       CIVIL RIGHTS ACT,
                                                       Title 42 U.S.C § 1983
13   K. Medina

14   T. Variz.

15   (Enter the full name of the defendant(s) in this action)

16   *[All questions on this complaint form must be answered in order for your action to proceed..]*

17   I.    Exhaustion of Administrative Remedies.

18         [Note: You must exhaust your administrative remedies before your claim can go

19         forward. The court will dismiss any unexhausted claims.]

20         A.    Place of present confinement Salinas Valley State Prison

21         B.    Is there a grievance procedure in this institution?

22                     YES (✓)      NO ( )

23         C.    Did you present the facts in your complaint for review through the grievance

24               procedure?

25                     YES (✓)      NO ( )

26         D.    If your answer is YES, list the appeal number and the date and result of the

27               appeal at each level of review. If you did not pursue a certain level of appeal,

28               explain why.

     COMPLAINT                           - 1 -

1. Informal appeal Please see the attached 602's Inmate
Administrative Grievance And Appeal.

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E.    Is the last level to which you appealed the highest level of appeal available to
you?

YES (✓)    NO ( )

F.    If you did not present your claim for review through the grievance procedure,
explain why. The Inmate Appeals Coordinator herein aforemention continuously
impeded upon the Inmate appeals process thus violating the appellant
herein 14th and 5th amendment constitutional right to due process an appeal.

II.    Parties.

A.    Write your name and your present address. Do the same for additional plaintiffs,
if any.

Jerami Smiley CDC# V-12955, Salinas Valley State Prison, P.O. Box 1050,
Soledad, CA 93960-1050

B.    Write the full name of each defendant, his or her official position, and his or her
place of employment.

E. Durham, Correctional Officer, Salinas Valley State Prison

COMPLAINT                                    - 2 -

1  Q Sullivan, Correctional Sergeant, Salinas Valley State Prison.

2  K Medina, Correctional Counselor II, Salinas Valley State Prison.

3  T Naviz, Correctional Counselor II, Salinas Valley State Prison.

4  As well as those unnamed and or unknown at this present junction of the herein
   Processed Civil Complaint.

5  III.    Statement of Claim.

6  State here as briefly as possible the facts of your case. Be sure to describe how each

7  defendant is involved and to include dates, when possible. Do not give any legal arguments or

8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph.

10  On 11-15-07 an early morning raid (4:30 AM) was conducted on my living

11  quarters. This cell search was conducted five (5) days subsequent to (11-10-07)

12  a detail search in which an unclothed body search was performed. Both

13  were performed with negative results. The second search was conducted

14  using gestapo like and abusive tactics. I was removed from the cell

15  and had mechanical restraints placed tightly on my wrist. So tightly in

16  fact they caused injury to my person. Consequently I was transported to

17  to the facility annex where. I was placed in a holding cage whose

18  design prohibited either squatting or sitting. I was forced to remain in

19  this very stressful position for (5) hours. After (1) hour transpired C/O K.

20  Durham came into the annex holding cells area and began to make

21  conversation with me by making derogatory comments saying:

22  (looks like you got a dress on)

23  IV.    Relief.

24  Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  I am seeking monetary relief in the sum of $500,000. I also wish

27  to be granted injunctive relief to prevent any future reprisals

28  regarding this claim.

COMPLAINT                                    - 3 -

1 because my legs were taped and I had on a long T-Shirt as to
2 where he couldn't see my boxer shorts. Ultimately I was trans-
3 ported to N yard BP1 holding cell. I was informed that I would
4 be placed on contraband (potty watch). No reason was given nor
5 documentation generated consistant with minimal procedural
6 safeguard requirements. Upon arrival the systematic abuse con-
7 tinued. I was placed in leg iron and waist restraints and made to
8 sleep that way which made it impossible to sleep. Thereby sub-
9 jecting me to sleep deprivation. No eating utensil were provided
10 yet I was required to eat with my hands after defecating and
11 wiping myself. Needless to say throughout the process was dehum-
12 anizing and degrading. It seemed more designed to harass and
13 persecute than to uncover wrong doings. Circumstantial evidence
14 supports this. In fact no contraband was found. It seemed like an
15 attempt to circumvent my due process protections against abusive
16 police actions. The lack of due process in conjunction with it's
17 arbitrary nature. Is further support that it was used for that purpose.
18
19
20 The following paragraph contains the ramifications suffered by
21 the plaintiff herein.
22
23 Plaintiff herein complaints the he was subjected to treatment akin
24 to cruel and unusual punishment type standards, by Calif. Dept. Of
25 Corrections Officers acting under the color of law, authorized by their
26 Supervising employers. Officers Zorchak, Valdez, and their super-
27 visors whom in authority allowed the officers herein stated to forcefully
18 approach my cell in great numbers, possessing weapons of non-leathal

1 in substance, yet threatning harm, and disturbing my mental well
2 being. The officers yelled orders to myself, and my cellie, to don't move
3 or touch anything within the cell, get off your bed one by one back
4 up to the (food port) cuff up and get on your knees. turn on the
5 bright lights, don't flush the toilet, or you'll be sprayed with OC
6 Spray. The tray slot (food port) was open with such force that the
7 sound of the slamming food port caused me to become fearful that
8 I might be handled roughly for no reason, the actions of the officers
9 Screaming and yelling caused me to become fearful, and nervous that
10 I may be harmed physically and or sprayed with this burning chemical.
11 I am an inmate whom suffers from verious mental illnesses (Bipolar
12 Disorder) : (Antisocial Personality Disorder) which causes me to react in
13 a manner unsuitable to some officers whom had no training in deal-
14 ing with inmates of such mental illness. I was not allowed to dress to
15 appropriate standards, and from this disposition the officer made a
16 statement inappropriate in nature. Stating it looks as though I have
17 a dress on (Exhibit pg*5) I found this very degrading. I was forced
18 to stand for (5) five hours caged, and restrained with mechanical
19 restraints, while officers stood at the rear threatning to spray me if
20 I turned from the wall. I was denied the use of the Men's Room, for
21 hours, I was continuously denied water, I was later stripped again,
22 Searched, chained at the waist and ankles and put on patty watch.
23 for (2) two days I was given 1 6oz cup of water with my meals.
24 morning meals came with milk, I'm lactose intolerance, I suffered
25 numerous cramps from the restraints. Both my wrist were swollen, both
26 my ankles were swollen, I had back ache and a headache due to my
27 disposition. I was denied the right to wash before, meals I was
28 denied medical attention, I am a muslim- I was denied the right to

1  pray, I was not allowed to speak above a wisper when addressing my
2  God Allah in prayer. I was denied my Qur'an and religious meals
3  as promised. Being forced to eat my meals without being allowed to
4  wash my hands, after defecating subjecting me to desease. I was not
5  allowed to brush my teeth- the sink in the portion in which I
6  was held did not work. All the above was very degrading and violated
7  me constitutionally as well as religiously.

8

9

10  Plaintiffs Proposed Witness List:

11  K. Holland CDC # C-63557

12  R. Ramos CDC # H-03486

13  M. Leday CDC # J-38351

14

15

16

17

18

19

20

21

22

23

24

25

26

27

The following cases describe Plaintiff confinements (Plaintiff believe these actions to be akin to Hitching Post).

1. Plaintiff herein at instant arrives in complaint that he suffered cruel and unusual
2. punishment akin to the "Hitching Post" in violation of his 8th amendment right. On
3. 11/15/07 plaintiff was forcefully placed upon a "potty watch" proceedure designed to produce
4. contraband through isolation and restricted use of the toilet, and bath facilities, and
5. in doing so the plaintiff was subjected to mechanical restraints, compounded with a
6. waist chain which is firmly attached at the waist, and for long periods of time
7. caused the plaintiff great discomfort and pain, along with a painful complication rendering
8. plaintiff unable to sleep. This proceedure continued for (2) two very painful, and insomnia
9. induced days. Plaintiff was sucurely detained within a 7x5 holding cell which cont-
10. ains a small length wide 3ft x 18inch bench, sink, and toilet which neither worked, so it denied plain-
11. tiff water to drink and, or to wash hands. Plaintiff is muslim and was denied his
12. Quiran, and means to keep himself clean. Plaintiff herein complaint that Salinas
13. Valley State Prison officals acting under the color of law utilized proceedures akin
14. to a "Hitching Post" as officals placed plaintiff inside sucured holding cell which is
15. perfectly capable of restraining plaintiff, and there was no need to further maintain
16. a stricter inducement of restraints "such as the ever present very firm, and un-
17. comfortable waist chain". As complained of above, plaintiff suffered significant
18. physical pain and suffering, as well as the denial of water in adequate amount
19. for (2) two days, plaintiff was restrained physically, mentally, emotionally. The above
20. complaint actions were neither necessary or deserved, and must be addressed.
21. Hope V. Pelzer 122 S Ct 802  534 U.S. 1073, 151 L.Ed.2d 688, 70 USLW 3147, 70 USLW 3272,
22. 70 USLW 3419, 70 USLW 3426, 240 F.3d 975.
23.
24
25.
26.
27.
28.

Respectfully Submitted,
Jeremy Smiley

1

2

3

4

5    I declare under penalty of perjury that the foregoing is true and correct.

6

7    Signed this ___19 th___ day of _____May_____, 20 08

8

9                                    Oromu   Oromo   Amilay

10                                        (Plaintiff's signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                              - 4 -

INMATE / PAROLEE APPEAL SCREENING FORM   D-7- 110

**INMATE:** Smiley   **CDC #:** V 12955   **CDC HOUSING:** 07Y121   CDCR-695

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR
RETURNED TO MORE INFORMATION OR FOR YOU TO ATTACH SUPPORTING DOCUMENTS.

## PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS

[ ] Requested Action Already Taken
[X] Duplicate Appeal; Same Issue  **07-5308**
[ ] Appealing Action Not Yet Taken
[ ] Incomplete Appeal – Documents Not Attached
[ ] Time Constraints Not Met
[ ] Cannot Submit On Behalf Of another Inmate
[ ] Appeal Process Abuse – Inappropriate Statements
[ ] No Significant Adverse Effect Demonstrated
[ ] Action / Decision Not Taken By CDCR
[ ] Action Sought Is Under Sentencing Court Jurisdiction
[ ] Submit Issue to Assigned Parole Office
[ ] Appeal Matter to VCGCB
[ ] DRB Decisions Are Not Appealable
[ ] Request for Interview; Not an Appeal
[ ] More than one issue –one issue per appeal
[ ] NO ATTEMPT AT INFORMAL RESOLVE

[ ] Requested Appeal Withdrawn
[ ] Appeal Previously Received and Processed
[ ] Incomplete 602 – Complete Next Appropriate Section
[ ] Incomplete 602 – Sign and Date Appropriate Section
[ ] Limit of One Continuation Page May Be Attached
[ ] Incomplete Disciplinary Appeal – Missing Documents*
[ ] Incomplete Property Appeal – Missing Documents*
[ ] Failed to Provide Necessary Copies of Chrono(s)*
[ ] Appeal Process Abuse – Pointless Verbiage
[ ] May Submit One (1) Non-Emergency Appeal Per Week
[ ] Attempting to Change Original Appeal Issue
[ ] Not Authorized to Bypass Any Level
[ ] Appeal Issue & Reasonable Accommodation Not 1824
[ ] Do Not Combine Staff Complaints with Other Issues
[ ] Emergency Not Warranted-CCR 3084.7

[ ] Not a Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362, Health
Care Services Form, and send it to the Medical Department for an appointment. *If necessary, sign up for sick call.*

### PLEASE ATTACH AS NOTED BELOW:

[ ]   CDC 115/Hearing Officer's Results
[ ]   CDC 115 with IE/DA information
[ ]   Supplemental Reports to CDC 115
[ ]   CDC 1030 Confidential Disclosure
[ ]   CDC 114D Lockup Order
[ ]   CDC 128G ICC/UCC
[ ]   CDC 128G CSR Endorsement Chrono
[ ]   CDC 839/840 Class/Reclass Score Sheet
[ ]   CDC 7219 Medical Report
[ ]   **Other: SEE COMMENTS BELOW**

[ ]   CDC 128C Medical Chrono
[ ]   CDC 1819 Denied Publications
[ ]   CDC 128 A
[ ]   CDC 128 B
[ ]   CDC 143 Property Transfer Receipt
[ ]   Cell Search Slip
[ ]   Receipts
[ ]   Qtr. Pkg. Inventory Slip
[ ]   Trust Account Statement
[ ]   Property Inventory Receipt

**Comments:** You may write on back of form to clarify or respond to the above.

_____

_____

*E. 9H.*

T. Yariz, Correctional Counselor-II
Appeals Coordinator
Salinas Valley State Prison

Date L REC. V. L  1-7-08
RECEIVED JAN 04 2008

**Date:** 12-19-07

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on
a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.*
Please return this form to the Appeals Coordinator with the necessary information attached.

## PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

Sgt Sullivan

_Original Appeal_

_Blind Copy_                                                                                    _Blind Copy_

STATE OF CALIFORNIA                          _Salinas Valley State Prison_          DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**              Location:  Institution/Parole Region        Log No.          Category    **7**
**APPEAL FORM**                   1. _____        1. _____
CDC 602 (12/87)                        2. _____        2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

C/o Durham & Contraband watch

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Jeremy Smiley | V-11955 | Delta Laundry Worker | D7-131L |

A. Describe Problem: On 11-15-07 an early morning raid (4:30am) was conducted on my living quarters. This cell search was conducted five (5) days subsequent to (11-10-07) a detail search in which an unclothed body search was performed. Both were performed with negative results. The second search was conducted using gestapo like and abusive tactics. I was removed from the cell and had mechanical restraints placed tightly on my wrist so tightly in fact they caused injury to my person. Consequently I was transported to the facility annex where I was placed in a holding cage, whose design prohibited either

If you need more space, attach one additional sheet.                    Additional Sheets (3)

B. Action Requested: I demand that ISU refrain from using its office as a tool of harrasment and persecution. And finally, that oversight be provided to insure, that these abusers are not recurrent.

**RECEIVED NOV 30 2007**

Inmate/Parolee Signature: _Jeremy Smiley_                        Date Submitted: 11-27-07

C. INFORMAL LEVEL (Date Received: _____ )                    **RECEIVED JAN 04 2008**

Staff Response: _____

~~DUPLICATE~~ of 07-5308

_____

Staff Signature: _____              Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

Signature _____                              Date Submitted: _____

__ property __ all appeals must be accompanied by a completed        CDC Appeal Number: _____
Board of Control form BC-1E, Inmate Claim

· Continue from Letter A

squating or sitting. I was forced to remain in this very stressful position for (5) hours. After (1) hour transpired C/O Durham came into the annex holding cells area and began to make conversation with me by making derogatory comments saying (looks like you got a dress on) because my legs were taped and I had on a long T-Shirt as to where he couldn't see my boxer shorts. Ultimately I was transported to O yard BPT holding cell. I was informed that I would be placed on contraband (potty) watch. No reason was given nor documentation generated consistent with minimal procedural safegourd requirements. Upon arrival the systematic abuse continued. I was placed in leg iron and waist restraints and made to sleep that way which made it impossible to sleep. Thereby subjecting me to sleep deprivation. No eating utensil were provided yet I was required to eat with my hands after defecating and wiping myself. Needless to say throughout the process was dehumanizing and degrading. It seemed more designed to harass and persecute than to uncover wrong doings. Circumstantial evidence supports this. In fact no contraband was found. It seemed like an attempt to circumvent my due process protections against abusive police actions. The lack of due process in conjunction with its arbitrary nature, is further support that it was used for that purpose.

## SALINAS VALLEY STATE PRISON
## CONFISCATED ITEMS RECEIPT

S.V.S.P. Form RR004-98

THIS IS A RECEIPT ISSUED TO ADVISE YOU THAT THE FOLLOWING ITEMS WERE REMOVED FROM YOUR CELL
DURING AN INSPECTION/SEARCH ON THIS DATE ON THIS DATE: _____ 11-8-07 _____

SMILEY                          V12955          11-10-07

NAME: HOllAND          NUMBER: C 63557          CELL: 131

CONFISCATED: Excess trash, cardboard, (3) excess state sheets, (1) empty plastic container, excess state salt, excess state garbage bags, (1) 5 gallon plastic bucket.

DISPOSITION: Disposed of per institutional garbage.

OFFICER: Durham /Rowe          TITLE/POSITION: C.O.

I RECEIVED THE ABOVE-LISTED PROPERTY:

SIGNATURE: _____    TITLE: _____ DATE: _____

SALINAS VALLEY STATE PRISON
**CONFISCATED ITEMS RECEIPT**

S.V.S.P FORM RR004-98

THIS IS A RECEIPT ISSUED TO ADVISE YOU THAT THE FOLLOWING ITEMS WERE REMOVED FROM YOUR
CELL DURING AN INSPECTION/SEARCH ON THIS DATE: _____

Name: _Ahmed_                    Number: X _____    Cell: _____

Name: _____                    Number: _____

**ITEMS CONFISCATED:**              EXCESS CLOTHING

PAPER TRASH        ☒   CARDBOARD ☐   WIRE ☐        **APPLIANCES TAKEN:**

EXCESS STATE CLOTHING        ☒        EXCESS FOOD ☐

PORNOGRAPHY ☐

**CONTRABAND:** PRUNO ☐   WEAPON STOCK ☐        **REASON TAKEN:**

WEAPON ☐   DRUGS ☐        MONEY ☐

ESCAPE PARAPHERNALIA ☐

CDC 115 ISSUED:   YES ☐   NO ☒        **DISPOSITION:**

**STAFF CONDUCTING SEARCH:**

OFFICER: _____    TITLE/POSITION: _____

**I RECEIVED THE ABOVE-LISTED PROPERTY:**

SIGNATURE: _____   TITLE: _____   DATE: _____

Original: File
Yellow: Inmate
Pink: Officer

## INMATE / PAROLEE APPEAL SCREENING FORM

CDCR-695

INMATE: _Smiley_    CDC #: _V12955_    CDC HOUSING: _D7-110_

**THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR**

**RETURNED TO MORE INFORMATION OR FOR YOU TO ATTACH SUPPORTING DOCUMENTS.**

### PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS

| | |
|---|---|
| [ ] Requested Action Already Taken | [ ] Requested Appeal Withdrawn |
| [X] Duplicate Appeal; Same Issue **07-5308** | [ ] Appeal Previously Received and Processed |
| [ ] Appealing Action Not Yet Taken | [ ] Incomplete 602 – Complete Next Appropriate Section |
| [ ] Incomplete Appeal – Documents Not Attached | [ ] Incomplete 602 – Sign and Date Appropriate Section |
| [ ] Time Constraints Not Met | [ ] Limit of One Continuation Page May Be Attached |
| [ ] Cannot Submit On Behalf Of another Inmate | [ ] Incomplete Disciplinary Appeal – Missing Documents* |
| [ ] Appeal Process Abuse – Inappropriate Statements | [ ] Incomplete Property Appeal – Missing Documents* |
| [ ] No Significant Adverse Effect Demonstrated | [ ] Failed to Provide Necessary Copies of Chrono(s)* |
| [ ] Action / Decision Not Taken By CDCR | [ ] Appeal Process Abuse – Pointless Verbiage |
| [ ] Action Sought Is Under Sentencing Court Jurisdiction | [ ] May Submit One (1) Non-Emergency Appeal Per Week |
| [ ] Submit Issue to Assigned Parole Office | [ ] Attempting to Change Original Appeal Issue |
| [ ] Appeal Matter to VCGCB | [ ] Not Authorized to Bypass Any Level |
| [ ] DRB Decisions Are Not Appealable | [ ] Appeal Issue & Reasonable Accommodation Not 1824 |
| [ ] Request for Interview; Not an Appeal | [ ] Do Not Combine Staff Complaints with Other Issues |
| [ ] More than one issue –one issue per appeal | |
| [ ] NO ATTEMPT AT INFORMAL RESOLVE | [ ] Emergency Not Warranted-CCR 3084.7 |

[ ] **Not a Request Form; Use CDCR-7362** – to access Medical Services, submit your request on a CDCR-Form 7362, Health

Care Services Form, and send it to the Medical Department for an appointment. *If necessary, sign up for sick call.*

### PLEASE ATTACH AS NOTED BELOW:

| | | | |
|---|---|---|---|
| [ ] | CDC 115/Hearing Officer's Results | [ ] | CDC 128C Medical Chrono |
| [ ] | CDC 115 with IE/DA information | [ ] | CDC 1819 Denied Publications |
| [ ] | Supplemental Reports to CDC 115 | [ ] | CDC 128 A |
| [ ] | CDC 1030 Confidential Disclosure | [ ] | CDC 128 B |
| [ ] | CDC 114D Lockup Order | [ ] | CDC 143 Property Transfer Receipt |
| [ ] | CDC 128G ICC/UCC | [ ] | Cell Search Slip |
| [ ] | CDC 128G CSR Endorsement Chrono | [ ] | Receipts |
| [ ] | CDC 839/840 Class/Reclass Score Sheet | [ ] | Qtr. Pkg. Inventory Slip |
| [ ] | CDC 7219 Medical Report | [ ] | Trust Account Statement |
| [ ] | **Other: SEE COMMENTS BELOW** | [ ] | Property Inventory Receipt |

**Comments:** You may write on back of this form to clarify or respond to the above.

_Original Appeal was rejected as late by CCII Medina. This_
_is a duplicate of your original Appeal – Original_
_Appeal was reviewed by SVSP hiring Authority per_
_AB 05/03._

T. Variz, Correctional Counselor-II
Appeals Coordinator
Salinas Valley State Prison

RECEIVED JAN 04 2008    Date: _1-3-2008_

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on
a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.*
Please return this form to the Appeals Coordinator with the necessary information attached.

## PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

*Blind Copy*
STATE OF CALIFORNIA

Salinas Valley State Prison

*Blind Copy*
DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category
1. _____    1. _____    **10**
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

*Processing Appeals*

NAME Jeremy Smiley    NUMBER V-17955    ASSIGNMENT Delta Laundry Worker    UNIT/ROOM NUMBER Delta 1 /cell #110

A. Describe Problem: I filed the included Inmate Parolee Appeal to the appeals office. I was informed that the appeal had been routed back to the yard for informal level review. That is why I submitted the second 602 personally to Klay Medina CC-II. The original was filed on the date denoted on the screened out 602. The appeal related to staff misconduct and in accordance with Administrative Bulletin 05/03 should not be handled at that level. It is apparent that the appeals office is complicit in a willful and concerted effort to subvert the appeals process. Thereby undermining inmates appeals rights. This is so because inmates appeals are routinely discarded, thus it is a common practice.

If you need more space, attach one additional sheet.

B. Action Requested: I request that my appeal be found and processed in compliance with the title 15 ccr rule number 3084.1 subsection (a) and (b). And a (Log Number) regarding the (original) appeal.

RECEIVED JAN 03 ~~2007~~ **2008**

Inmate/Parolee Signature: Jeremy Smiley    Date Submitted: 12-26-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Date 1 REC. 1-7-08
RECEIVED JAN 0 4 2008

DUPLICATE OF 07-5308

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim



Blind Copy

**STATE OF CALIFORNIA**

**INMATE/PAROLEE APPEAL FORM**

CDC 602 (12/87)

Blind Copy

**DEPARTMENT OF CORRECTIONS**

Category

Location: Institution/Parole Region    Log No.

Salinas Valley State Prison

1. _____    1. _____

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Jeremy Smiley | V-17955 | Delta Laundry Worker | D7-131L |

A. Describe Problem: On 11-15-07 an early morning raid (4:30 am) was conducted on my living quarters. This cell search was conducted five (5) days subsequent to (11-10-07) a detail search in which an unclothed body search was performed. Both were performed with negative results. The second search was conducted using gestapo like and abusive tactics. I was removed from the cell and had mechanical restraints placed tightly on my wrist. So tightly in fact they caused injury to my person. Consequently I was transported to the facility annex infirmary. I was placed in a holding cage whose design prohibited either

If you need more space, attach one additional sheet.

Additional Sheets (3)

B. Action Requested: I demand that 15II refrain from using it's office as a tool of harrassment and persecution. And finally, that oversight be provided to insure that these abusers are not recurrent.

Inmate/Parolee Signature: Jeremy Smiley    Date Submitted: 11-17-07

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

Continue from Letter A.

Squating or sitting. 1 was forced to remain in this very stressful position for (5) hour.
After (1) hour transpired C/O Durham came into the annex holding cells area and
began to make conversation with me by making derogatory comments saying
(looks like you got a dress on) because my legs were taped and 1 had on a long
T-Shirt as to where he couldn't see my boxer shorts. Ultimately 1 was transport-
ed to Dyard BP1 holding cell. 1 was informed that 1 would be placed on
contraband (potty) watch. No reason was given nor documentation generated
consistant with minimal procedural safeguard requirements. Upon arrival
the systematic abuses continued. 1 was placed in leg iron and waist restraints
and made to sleep that way which made it impossible to sleep. Thereby sub-
jecting me to sleep deprivation. No eating utensil were provided yet 1 was
required to eat with my hands after defecating and wiping myself. Needless to
say throughout the process was dehumanizing and degrading. It seemed more
designed to harass and persecute than to uncover wrong doings. Circumstantial
evidence supports this. In fact no contraband was found. It seemed like an
attempt to circumvent my due process protections against abusive police
actions. The lack of due process in conjunction with it's arbitrary nature. Is
further support that it was used for that purpose.

| State of California | Department of Corrections | Salinas Valley State Prison | AdSeg CCCMS Program |

Additional Page and/or update page. Use with Assessments, Data Base, Treatment Plan

Add to Top as Update: Top Form: MH 2   IDTT UPDATE FOR SVSP AdSeg CCCMS

| Date: | |
|-------|--|
| 3/1/06 | **BACKGROUND INFORMATION:** |

I/M is a 24 year old African American male serving his 1st term for 2nd Degree Robbery and non-controlling case of 3 cts 2nd Degree Robbery out of Alameda County. I/M received in CDC on 11/10/03 and at SVSP on 1/25/06 from CMF. I/M has 71 points and EPRD of 3/22/12. I/M affiliated with KUMI/▮▮▮▮▮ I/M has TABE score of 7. I/M's disciplinary history includes: Assault on Inmate, Battery on Inmate, Participation in Unlawful Assembly, Refusing a Direct Order, Possession of Inmate Manufactured Alcohol, Out-of-Bounds, Disrespect Toward Staff, Failure to Follow Orders, Calls and Passes, and 10 128A Counseling Chronos. I/M is married and has a 3 year old daughter. While at CMF-Solano got into a fight with inmate and custody increased to IV—I/M facing 3rd strike. I/M's grandmother passed away last year. I/M had requested EOP clinician contact his family and inquire about his daughter. I/M had also requested EOP clinician help him obtain conjugal visits with wife. I/M was described as presenting as "stressed out and shakey a little but was quite savvy and appears well acclimated to prison life already, especially at his young age." UHR reflected suicidal ideation which appears ▮▮▮▮▮▮▮▮

**DIAGNOSIS :** Axis I:   296.80  Bipolar Disorder NOS  (by hx)
Axis II:  301.7 Antisocial Personality Disorder (by hx)
Axis III:  See medical chart
Axis IV: Incarceration
Axis V:   68

**CURRENT COMPLIANCE WITH TREATMENT (INCLUDING MEDICATION COMPLIANCE):**
I/M is currently prescribed 2000mg Depakote, 100mg Thorazine, and 4mg Risperdal, and Risperdal 37.5mg IM (Q2wks). I/M is medication complaint.

**CURRENT TREATMENT PLAN/GOALS:**

See attached.

**IDTT SIGNATURES:**

J. Scaramozzino, Ph. D., Supervising Psychologist
S. Torrez, Psy.D., Staff Psychologist, CF/Case Manager
W. F. Exum, M.D., Psychiatrist:
F. Winn, Counselor II:

| MENTAL HEALTH ASSESSMENT<br>MENTAL HEALTH DATABASE<br>MH 2 [26 March 2001]<br>Addendum: Add-d-Page/Insert-a-Page<br><br>Confidential Client/Patient Information<br>See W & I Code, Section 5328 | LEVEL OF CARE:<br><br>**ADSEG**<br><br>**CCCMS** | **Last Name: Smiley**<br>**First Name: Jeremy**<br>**CDC #: V12955**<br>**DOB: 5/29/81** |



REC'D MAR 09 2006

Illustration Of Holding Cell
Not To Scale ↵

Back Wall



Exhibit A

Exhibit C 1 of 4

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | | CDC NUMBER |
|---|---|---|---|---|
| 3-30-08 | Inmate Trust Account Office | Smiley | | V-12955 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| Delta 2 | Cell* 101au | DCAP Worker ADA | FROM | TO |

OTHER (RECEIVED) SCHOOL THERAPY ETC.)

RECEIVED

APR 0 1 2008

BY:

From: 9:15-1:45 AM    TO: 9:15-11:15 AM

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence

Attn:

I would like these (3) forms filled out & returned to me. Also I would like a copie of my trust account statement from the last (6) months. Thank you.

**Do NOT write below this line. If more space is required write on back.**

| INTERVIEWED BY | DATE |
|---|---|

Exhibit C
Number Of Pages - 4

| DISPOSITION |
|---|

1 of 4 = Inmate Request
2 of 4 = Certificate Of Funds
3 of 4 = Certificate
4 of 4 = Salinas Valley State Prison Mail

Process

1

2                                              Case Number: _____

3

4

5

6

7

8

9                              **CERTIFICATE OF FUNDS**

10                                           **IN**

11                              **PRISONER'S ACCOUNT**

12

13          I certify that attached hereto is a true and correct copy of the prisoner's trust account

14    statement showing transactions of Jeamy Jerome Smiley for the last six months at

15                                        [prisoner name]

16    Salinas Valley State Prison _____ where (s)he is confined.

17                    [name of institution]

18          I further certify that the average deposits each month to this prisoner's account for the most

19    recent 6-month period were $ 14.40 ___ and the average balance in the prisoner's account

20    each month for the most recent 6-month period was $ 16.90 ___.

21

22    Dated:_____          _____

23                                        [Authorized officer of the institution]

24

25

26

27

28

- 5 -

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes   ☑ No

    If the answer is yes, describe the property and state its approximate value: _____

    _____

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __None._____

    _____

    _____

    I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

    Executed on _____          _____
    　　　　　　　*Date*                           *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit

at the Salinas Valley State Prison _____ institution where he is

confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said

institution: Salinas Valley State Prison _____

_____

_____

_____          _____
　　　　　*Date*                           *Authorized Officer of Institution/Title of Officer*

| | California | TITLE: |
|---|---|---|
|  | Department of Corrections | Inmate Mail Process |
| | Salinas Valley State Prison | DEVELOPED: |
| | OPERATIONAL | March 1996 |
| | PROCEDURE | REVISED: |
| | # 2 | August 2004 |

IN FORMA PAUPERIS    Requests for In Forma Pauperis certifications must be submitted for processing to the Trust Office.

Paperwork must be complete prior to submitting the request to ensure that all documents are mailed to the Courts at the same time to prevent separation and comply with the time constraints of the Courts for filing.

After all forms are signed, copies must be made prior to forwarding to the Trust Office, as the papers cannot be returned after they are completed for mailing. Do not fill in any information on the Trust Account Certification portion of the documents. It must be left blank and the Trust Office will complete that portion prior to certification.

Prepare two envelopes-one larger than the other-and address both envelopes. Only the larger of the two envelopes needs to be stamped with postage as one will go inside the other. Place all of the completed paperwork, except the In Forma Pauperis in the first envelope and have a staff member process and seal the package as legal mail.

Send the legal mail package, the second envelope, and any Trust Withdrawal Orders you may need with the In Forma Pauperis request to the Trust Office for

completion and mailing. The Trust Office will complete the necessary forms, insert them into the second envelope with the first (sealed) envelope and forward the completed package to the mailroom.

Copies of the completed documents cannot be returned to the inmate, however, a copy is kept in the Trust Office. A log will be maintained with the following information: date the packet is received in the Trust Office, date forms were completed and mailed, and the Court to which it was sent.

May 19, 2008

United States District Court For The Northern District
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102-3483

Dear: Sir/Madam:

Plaintiff herein is writing this missive in reference to said documentation, (exhibit C). Plaintiff submitted the said documents to be processed, in doing so the respondent (Trust Account Office) fail to process it for the following reasons stated in (exhibit C). I was uncomfortable with Salinas Valley State Prison manner of process. The complaint herein regards tactics of reprisal in nature upon the plaintiff herein, generated do to prior administrative grievances, the plaintiff has filed on earlier occasions.

Respectfully Submitted,
Jeremy Smiley