E-filing

Jeremy Jerome Smiley
_____
Petitioner

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

FILED 08 MAY 22 1:59

CV 08 2592 SI

_____
Respondent(s)

(PR)

I, Jeremy Jerome Smiley, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☑ Yes ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. Here at Salinas Valley State Prison I make $17.00 a month, and my employer is Correctional Officer K. Morris.

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment? ☐ Yes ☑ No
   b. Rent payments, interest or dividends? ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments? ☐ Yes ☑ No
   d. Gifts or inheritances? ☐ Yes ☑ No
   e. Any other sources? ☐ Yes ☑ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes ☑ No

   If the answer is yes, state the total value of the items owned: _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes  ☑ No

    If the answer is yes, describe the property and state its approximate value: _____

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____ N/A _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __5-19-08__       _____
            Date                    Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __0__ on account to his credit at the __Salinas Valley State Prison__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: __Salinas Valley State Prison__

_____        _____
Date                              Authorized Officer of Institution/Title of Officer

```
 1
 2                                                    Case Number: _____
 3
 4
 5
 6
 7
 8
 9                            CERTIFICATE OF FUNDS
10                                     IN
11                            PRISONER'S ACCOUNT
12
13        I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of  Jeremy Jerome Smiley  for the last six months at
15                                        [prisoner name]
16   Salinas Valley State Prison                     where (s)he is confined.
17        [name of institution]
18        I further certify that the average deposits each month to this prisoner's account for the most
19   recent 6-month period were $  14.40   and the average balance in the prisoner's account
20   each month for the most recent 6-month period was $  16.90  .
21
22   Dated: _____                    _____
23                                        [Authorized officer of the institution]
24
25
26
27
28
```

- 5 -

