FILED
08 JUN -2 PM 2:07

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Jeremy Jerome Smiley, Plaintiff,

vs.

R. Durham
P. Sullivan
C. Medina
A. Variz
Defendant.

CASE NO. _____ SI _____

PRISONER'S
APPLICATION TO PROCEED **(PR)**
IN FORMA PAUPERIS

I, Jeremy Smiley, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received. (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)
4   Alameda County Food Bank (Oakland)
5   _____
6   _____
7   2.     Have you received, within the past twelve (12) months, any money from any of the
8   following sources:
9        a.    Business, Profession or              Yes ____ No ✓
10              self employment
11       b.    Income from stocks, bonds,           Yes ____ No ✓
12              or royalties?
13       c.    Rent payments?                       Yes ____ No ✓
14       d.    Pensions, annuities, or              Yes ____ No ✓
15              life insurance payments?
16       e.    Federal or State welfare payments,   Yes ____ No ✓
17              Social Security or other govern-
18              ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                         Yes ____ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____   Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ ____N/A____

PRIS. APP. TO PROC. IN FORMA PAUPERIS             - 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _____N/A_____
6   _____
7   5.   Do you own or are you buying a home?         Yes ___ No √
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?                    Yes ___ No √
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ___ No √ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account? Yes ___ No √ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No √ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ___ No √
20  _____
21  8.   What are your monthly expenses? N/A
22  Rent: $ _____                    Utilities: _____
23  Food: $ _____                    Clothing: _____
24  Charge Accounts:
25  Name of Account        Monthly Payment         Total Owed on This Acct.
26  _____              $ _____             $ _____
27  _____              $ _____             $ _____
28  _____              $ _____             $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

No

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

May 18, 2008
DATE

_____
SIGNATURE OF APPLICANT

```
 1
 2                                              Case Number: CV 08 2592
 3
 4
 5
 6
 7
 8                          CERTIFICATE OF FUNDS
 9                                   IN
10                          PRISONER'S ACCOUNT
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of  Jeremy Smiley         for the last six months
                                        [prisoner name]
14    Salinas Valley State Prison     where (s)he is confined.
         [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $  14.94    and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $  14.94  .
18
19   Dated:  5-28-08              E MOMIS  C/O  D-7 FLI
                                  [Authorized officer of the institution]
```

- 5 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## INSTRUCTIONS FOR PRISONER'S
## IN FORMA PAUPERIS APPLICATION

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account signed by an authorized officer of the institution.

### A. Non-habeas Civil Actions

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

### B. Habeas Actions

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

```
REPORT ID: TS3030  .701                                    REPORT DATE: 05/27/08
                                                           PAGE NO:        1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SALINAS VALLEY STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JAN. 01, 2008 THRU MAY 27, 2008

   ACCOUNT NUMBER : V12955                   BED/CELL NUMBER: FDB7T1000000106U
   ACCOUNT NAME   : SMILEY, JEREMY JEROME        ACCOUNT TYPE: I
   PRIVILEGE GROUP: A
                                 TRUST ACCOUNT ACTIVITY
         TRAN
   DATE  CODE  DESCRIPTION       COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS  BALANCE
   ----- ----  -----------       -------    ---------  --------   -----------  -------

   01/01/2008  BEGINNING BALANCE                                                  0.00

   01/07 D554  INMATE PAYROL  1739P12/07                13.41                    13.41
   01/08 FC06  DRAW-FAC 6     1757 D7                                 13.41       0.00
   02/06 D554  INMATE PAYROL  2039 P1/08                14.94                    14.94
   02/14 W536  COPAY CHARGE   2131 COPAY                                5.00      9.94
   02/15 FC06  DRAW-FAC 6     2150 D7                                   9.94      0.00
   03/06 D554  INMATE PAYROL  2302 P2/08                 9.24                     9.24
   03/06 D554  INMATE PAYROL  2302/P2/08                 2.16                    11.40
   03/17 FC06  DRAW-FAC 6     2409 D7                                  11.40      0.00
   04/04 D554  INMATE PAYROL  2559 P3/08                16.94                    16.94
   04/14 FC06  DRAW-FAC 6     2638 D7                                  16.94      0.00
   05/06 D554  INMATE PAYROL  2821 P4/08                14.63                    14.63
   05/13 W536  COPAY CHARGE   2887 COPAY                                5.00      9.63
   05/19 FC06  DRAW-FAC 6     2934 D7                                   1.50      8.13

                            CURRENT HOLDS IN EFFECT
      DATE      HOLD
     PLACED     CODE       DESCRIPTION              COMMENT          HOLD AMOUNT
   ----------   ----    -------------------      ------------        -----------
   05/27/2008   H118    LEGAL COPIES HOLD          3012 LCOPY             9.60

                            TRUST ACCOUNT SUMMARY

    BEGINNING      TOTAL        TOTAL       CURRENT       HOLDS       TRANSACTIONS
    BALANCE       DEPOSITS   WITHDRAWALS    BALANCE      BALANCE      TO BE POSTED
    ---------    ---------   -----------    -------      -------      ------------
       0.00        71.32        63.19         8.13         9.60           0.00

                                                                       CURRENT
                                                                      AVAILABLE
                                                                       BALANCE
                                                                      ---------
                                                                          1.47-
```

# PROOF OF SERVICE BY MAIL

I, **Mr. Frank James McNeely** CDC# C24338 DECLARE:
   Name

I AM OVER THE AGE OF 18, NOT A PARTY TO THIS ACTION, AND RESIDE/AM

▬▬▬▬▬ AT
CSP. Salinas Valley State Prison
P.O. Box 1050
Soledad, California, 93960 _____ IN **Monterey** COUNTY
   Address

ON **May 28th, 2008** , I DEPOSITED IN THE UNITED STATES MAIL AT
   Date

(CSP. Soledad/Salinas Valley State Prison)
Soledad, California, 93960-1050 A COPY OF THE ATTACHED
   City and State

Instructions for Prisoner's
In Forma Pauperis Application IN A SEALED ENVELOPE WITH
   Title or description of each paper

POSTAGE FULLY PRE-PAID, ADDRESSED TO:

U.S. District Court
450 Golden Gate Ave.
P.O. Box 36060
San Francisco, CA 94102-9680

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE

OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: 5/28/08

CDC# C24338
*Frank James McNeely*
SIGNATURE OF DECLARANT

Frank James McNeely
PRINT NAME OF DECLARANT

Jeremy J. Smiley CDC#V-11055
Building #07/Cell #106u
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES