June 19, 2008

Office Of The Clerk, U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, CA 94102

In Re: (CV-08 2592 SI (PR)) Filed: May 22, 2008

Dear Sir/Madam:

Appellant herein at instant has submitted requested ("In Forma Pauperis"), ("Certificate Of Funds In Prisoner's Account"), and ("Prisoner Trust Account Statement") on 5-28-08, signed by "Correctional Officer E. Morris". Appellant has waited a good number of days to hear back from the herein court, letting me know that they are in receipt of my application, but I have not heard anything. So can you please inform me if you guys received my application. Thank You.

Sincerely,
Jeremy Smiley

**FILED**
JUN 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
JUN 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

