August 21, 2008

Office Of The Clerk, U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, California 94102

RECEIVED
AUG 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 2 5 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir/Madam:

It has come to my attention that I fail to submit the herein "Summons" with my 1983 civil complaint, which has already been filed. So I would appreciate it if you could file the herein Summons so I can get my law suit moving. Thank You.

Respectfully Submitted,
Jeremy Smiley

08-2592 SI (PR)

In The United States District Court
for The Northern District Of California

Jeremy J. Smiley
Plaintiff

V.S

K. Durham
P. Sullivan     Individually
K. Medina       And In Their
T. Variz, et al Official Capacities.
Defendants.

Summons (PR)
Civil Action No. CV-08-2592-SI

To The Above-Named Defendants:

You are hereby summoned and required to serve upon plaintiffs, whose address is Salinas Valley State Prison, P.O. 1050, Soledad, California 93960-1050, Delta #7-Cell #207L, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk Of The Court: _____     Date: _____

Jeremy A. Smiley CDC#V-12955
Building #D7-Cell#207L
Salinas Valley State Prison
P.O. box 1050
Soledad CA. 93960-1050

"Confidential Legal Mail"

STATE PRISON
ENERATED MAIL

To: Office Of The Clerk, U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, CA 94102

9410 0283 3661 0004



02 1A
0004397458
MAILED FROM ZIPCODE 93960
UNITED STATES POSTAGE
$ 00.59⁰
PITNEY BOWES
AUG 22 2008

