UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SMILEY, | No. C 08-2592 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| R. L. MARTINEZ; et al., | |
| Defendants. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 19, 2010

_____
SUSAN ILLSTON
United States District Judge